2010-34298
FILED
August 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002879447

**3**

ERICA T. LOFTIS #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Dean Wayne Strait AND Linda Gail Strait,<br><br>Debtors.<br>_____<br>EMC Mortgage Corporation, and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>Dean Wayne Strait AND Linda Gail Strait, Debtors, and David Gravell, Trustee,<br><br>Respondents. | Bankruptcy Case No. 10-34298<br><br>Docket Control No. ETL-1<br><br>Chapter 7<br><br>HEARING DATE:<br><br>DATE: August 23, 2010<br>TIME: 9:00 a.m.<br>CTRM: 28 |

<u>**ORDER TERMINATING STAY**</u>

A Motion For Relief From The Automatic Stay was noticed in the within matter and filed by EMC Mortgage Corporation, and its successors and/or assignees ("Movant"). Said Motion was heard before the Honorable MICHAEL S. MCMANUS, United States Bankruptcy Judge on August 23, 2010. There was no pleading in opposition filed by the Debtors, Dean Wayne Strait AND Linda Gail Strait, or the Trustee, David Gravell. The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the automatic stay herein, hereby makes its Order as follows:

RECEIVED
August 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002879447

IT IS HEREBY ORDERED that in regard to the real property located at **2770 Mitchell Avenue, Oroville, CA 95966** and described as follows:

LOT 4, AS SHOWN ON THAT CERTAIN MAP ENTITLED, 'HARTMAN'S SECOND SUBDIVISION', FILED IN THE OFFICE OF THE COUNTY RECORDER OF BUTTE COUNTY, CALIFORNIA, ON MARCH 8, 1907, IN BOOK 6 OF MAPS, AT PAGE (S) 63.

APN: 013-130-018

the automatic stay is terminated as to the Debtors and the Bankruptcy Estate and Movant may proceed with and consummate its foreclosure proceedings in all respects, and/or fully enforce all of its rights under its Note and Deed of Trust and Movant may further take any acts or institute and complete any proceedings necessary to obtain possession of the above real property in the event Movant is the successful purchaser of such property at foreclosure sale or in the event Movant otherwise acquires title to such property. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is **not waived** and shall run concurrently with the seven day period as specified in California Civil Code 2924g(d). By Virtue of the entry of this Order, the Borrower's Bankruptcy proceedings have now been finalized with regard to the subject property within the meaning of California Civil Code Section 2923.5(h)(3).

IT IS FURTHER ORDERED that upon entry of the order terminating the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with the California Civil Code Section 2923.52 et seq., California Foreclosure Prevention Act. The court awards no fees and costs.

Dated: August 25, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **Dean Wayne Strait AND Linda Gail Strait**<br>**CASE NO. 10-34298** |

**DEBTORS:**
Dean Wayne Strait AND Linda Gail Strait
P.O. Box 141
Forbestown, CA 95941

**DEBTORS' ATTORNEY:**
Charles L. Rathbun
2445 Oro Dam Blvd.
#4
Oroville, CA 95966

**CHAPTER 7 TRUSTEE:**
David Gravell
P.O. Box 9192
Truckee, CA 96162

**OFFICE OF THE U.S. TRUSTEE:**
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

**ATTORNEY FOR MOVANT:**
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612